IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

| | |
|---|---|
| IN RE:<br>DUSTIN S. KELLY<br>KIMBERLY A. KELLY<br>　　Debtors | Case No. 25-70469-JAD |
| FREEDOM MORTGAGE CORPORATION<br>　　Movant | Chapter 7<br><br>Hearing Date: 01/20/2026<br><br>Hearing Time: 10:00 AM<br><br>Objection Date: 01/13/2026 |
| vs.<br>DUSTIN S. KELLY<br>KIMBERLY A. KELLY<br>　　And<br>LISA M. SWOPE (TRUSTEE)<br>　　Respondents | 11 U.S.C. §362 |

**MOTION OF FREEDOM MORTGAGE CORPORATION FOR RELIEF FROM AUTOMATIC STAY UNDER §362 PURSUANT TO BANKRUPTCY PROCEDURE RULE 4001**

Movant, by its attorney, Brock and Scott, PLLC hereby requests a termination of the Automatic Stay and leave to proceed with its state court rights on its mortgage on real property owned by DUSTIN S KELLY and KIMBERLY A KELLY (the "Debtors"). In further support of this Motion, Movant respectfully states:

1.　　Movant is Freedom Mortgage Corporation.

2.　　Debtors, filed a Petition for Relief under Chapter 7 of the Bankruptcy Code on October 31, 2025.

3.　　The Debtors have executed and delivered or is otherwise obligated with respect to that certain promissory note in the original principal amount of $258,509.00 ("Note"). A copy of the Note is attached hereto as Exhibit "A". Movant is an entity entitled to enforce the Note.

4.　　Pursuant to that certain Mortgage, dated October 18, 2021 and recorded in the office

of the County of Westmoreland (the "Mortgage"), all obligations (collectively, the "Obligations") of the Debtors under and with respect to the Note and the Mortgage are secured by the Property. A copy of the Mortgage is attached hereto as Exhibit "B".

5. All rights and remedies under the Mortgage have been assigned to the Movant pursuant to an assignment of mortgage. A copy of the assignment of mortgage is attached hereto as Exhibit "C".

6. As of December 2, 2025, the outstanding Obligations are:

| Unpaid Principal Balance | $234,135.70 |
| Unpaid, Accrued Interest | $4,116.62 |
| Uncollected Late Charges | $134.79 |
| Escrow Advances | $3,657.34 |
| Other Costs | $593.25 |
| Less: Partial Payments | ($0.00) |
| Minimum Outstanding Obligations | $242,637.70 |

7. The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed as of December 2, 2025:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Amounts Delinquent |
|---|---|---|---|---|
| 7 | 06/01/2025 | 12/01/2025 | $1,737.05 | $12,159.35 |
| Less post-petition partial payments (suspense balance): ($0.00) | | | | |

**Total: $12,159.35**

8. The estimated market value of the Property is $250,000.00. The basis for such valuation is the Debtors' Schedule A/B. A copy of the Debtors' Schedule A/B is attached hereto as Exhibit "D".

9. There are no Junior Lien holders.

10. There are no liens on the premises that are senior to Movant's lien.

11. The Debtors may have equity in the premises.

12. According to Debtors' Statement of Intent, Debtors intend to surrender the property.

13. Cause exists for relief from the automatic stay for the following reasons:

(a)   Movant's interest in the Property is not adequately protected. Movant's interest in the collateral is not protected by an adequate equity cushion. The fair market value of the Property is declining and payments are not being made to Movant sufficient to protect Movant's interest against that decline.

(b)   Pursuant to 11 U.S.C. § 362(d)(2)(A), Debtors have no equity in the Property; and pursuant to § 362(d)(2)(B), the Property is not necessary for an effective reorganization.

**WHEREFORE**, Movant respectfully requests that this Court enter an Order;

a.   Modifying the Automatic Stay under Section 362 respect to 5 Trice Dr, Mt Pleasant, Pennsylvania 15666 (as more fully set forth in the legal description attached to the Mortgage of record granted against the Premises), as to allow Movant, its successors or assignees, to proceed with its rights under the terms of said Mortgage; and

b.   Movant specifically requests permission from this Honorable Court to communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law; and

c.   granting any other relief that this Court deems equitable and just.

Date: December 5, 2025

/s/Mario Hanyon
Andrew Spivack, PA Bar No. 84439
Mario Hanyon, PA Bar No. 203993
Jay Jones, PA Bar No. 86657
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com