IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re,<br><br>DUSTIN S. KELLY<br>KIMBERLY A. KELLY<br>    Debtors,<br><br>HARLEY-DAVIDSON CREDIT CORP<br>    Movant,<br><br>          v.<br><br>DUSTIN S. KELLY, and<br>KIMBERLY A. KELLY, and<br>LISA M. SWOPE, Trustee,<br>    Respondents. | Bankruptcy No. 25-70469-JAD<br><br>Chapter 7 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW COMES, Movant, Harley-Davidson Credit Corp (the "Movant") by and through its undersigned counsel, Bernstein-Burkley, P.C., and in support of its *Motion for Relief from the Automatic Stay* (the "Motion"), represents as follows:

### PARTIES

1. Respondents, Dustin S. Kelly and Kimberly A. Kelly (the "Debtors"), are adult individuals with a place of residence located at 1394 Sandy Run Road, Confluence, PA 15424.

2. Lisa M. Swope is the duly appointed Chapter 7 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

## FACTUAL BACKGROUND

4. On or about October 31, 2025 (the "Petition Date"), Debtor filed a voluntary petition for relief pursuant to Chapter 7 of the Bankruptcy Code.

5. On or about March 15, 2023, the Debtor entered into a Retail Installment Sales Contract ("Note") with the Movant for the purchase of the 2023 Harley-Davidson FLHTCUTG Tri Glide U, VIN: 1HD1MAF13PB851141 (the "Vehicle") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secured interest in the 2023 Harley-Davidson FLHTCUTG Tri Glide U, VIN: 1HD1MAF13PB851141, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The Note requires monthly payments of $882.07 which amounts are due on or before the 25th of each month.

8. The Debtor has failed to make monthly payments to Movant from April 25, 2025 to date. The Debtor is $8,661.56 in arrears.

9. Movant is currently in possession of Vehicle.

10. The total balance due on the Note as of December 9, 2025, was $44,547.21.

11. The J.D. Power value for the 2023 Harley-Davidson FLHTCUTG Tri Glide U, VIN: 1HD1MAF13PB851141 is $33,315.00. A true and correct copy of a printout showing that value is attached hereto as **Exhibit D.**

12. Movant is entitled to relief from the automatic stay for cause, including lack of adequate protection and the Debtor's failure to maintain the contractual payments as outlined in the Note, 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Harley-Davidson Credit Corp, respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d) granting Movant relief from stay with respect to the 2023 Harley-Davidson FLHTCUTG Tri Glide U, VIN: 1HD1MAF13PB851141.

        Respectfully submitted,

        BERNSTEIN-BURKLEY, P.C.

        /s/*Keri P. Ebeck*
        Keri P. Ebeck, Esq.
        PA I.D. # 91298
        kebeck@bernsteinlaw.com
        601 Grant Street, 9th Floor
        Pittsburgh, PA 15219
        Phone - (412) 456-8112
        Fax - (412) 456-8135

        *Counsel for Harley-Davidson Credit Corp*

Dated:  January 7, 2026