**DEFAULT O/E JAD**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (Johnstown)

| | |
|---|---|
| IN RE:<br>DUSTIN S. KELLY<br>KIMBERLY A. KELLY<br>　　　Debtors | **FILED**<br>1/15/26 11:30 am<br>CLERK<br>U.S. BANKRUPTCY<br>COURT - WDPA<br><br>Case No. 25-70469-JAD |
| FREEDOM MORTGAGE CORPORATION<br>　　　Movant | Chapter 7<br><br>Hearing Date: 01/20/2026<br><br>Hearing Time: 10:00 AM<br><br>Objection Date: 01/13/2026 |
| vs.<br>DUSTIN S. KELLY<br>KIMBERLY A. KELLY<br>　　　And<br>LISA M. SWOPE (TRUSTEE)<br>　　　Respondents | Doc. # 23<br><br>11 U.S.C. §362 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

**AND NOW**, this 15th day of ___January___, 2026, upon Motion for Relief from the Automatic stay filed by Freedom Mortgage Corporation (Movant), it is:

**ORDERED AND DECREED THAT THE MOTION IS GRANTED:** The Automatic Stay of all proceedings, as provided under 11 U.S.C. §362 of the Bankruptcy Code is modified with respect to a 5 Trice Dr, Mt Pleasant, Pennsylvania 15666, as more fully set forth in the legal description attached to said mortgage, as to allow the Movant, its successors or assignees, to foreclose on its mortgage or take any legal or consensual action for enforcement of its right to possession of, or title to, said premises (such actions include but are not limited to the signing of a deed in lieu of foreclosure or entering into a loan modification agreement) and to allow the purchaser of said premises at Sheriff's Sale (or purchaser's assignee) to take any legal or consensual action for enforcement of its right to possession of, or title to, said premises; it is further;

**ORDERED AND DECREED:** that Movant shall be permitted to reasonably communicate with Debtors and Debtors' counsel to the extent necessary to comply with applicable nonbankruptcy law; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 4001(a)(4) waiting period is hereby waived and the Movant may immediately enforce this Order.

_____ jsf

Jeffery A Deller
BANKRUPTCY JUDGE